DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEPARTMENT OF CHILDREN AND FAMILIES, GUARDIAN AD LITEM,**
and **FOSTER CHILDREN'S PROJECT,**
Appellants,

v.

**S.L.B.,** the mother, and **J.T.,** the father,
Appellees.

No. 4D21-1327

[September 3, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502018DP000464.

Ashley Moody, Attorney General, Tallahassee, Andrew Feigenbaum, Assistant Attorney General, Children's Legal Services, West Palm Beach, for appellant Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, Samantha C. Valley, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for appellant Guardian ad Litem on behalf of I.B., S.B., J.D.T., Jr., and J.L.T.

Elaine M. Martens, Attorney Ad Litem, for appellant Foster Children's Project on behalf of minor children I.B., S.B., J.D.T., Jr., and J.L.T.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellee S.L.B., the mother.

Antony P. Ryan, Regional Counsel, Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach for appellee J.T., the father.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH, and KUNTZ, JJ., concur.

\*            \*            \*

*Not final until disposition of timely filed motion for rehearing.*